```
UDDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CLINT EDWARDS,

                       Petitioner,            21 **CIVIL** 5978 (PMH)
                                                   18 **CR.** 163 (PMH)

      -against-

                                                   **JUDGMENT**

UNITED STATES OF AMERICA,
                       Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 26, 2022, Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence is DENIED and no hearing is necessary. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued. See 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered in favor of Respondent; accordingly, the civil case, 21cv5978, is closed.

**DATED:** New York, New York
             January 26, 2022

                                                      **RUBY J. KRAJICK**

                                                          Clerk of Court
                           **BY:**
                                                          **Deputy Clerk**